# ELECTRONIC RECORD

COA # 05-13-01687-CR          OFFENSE: 42.072

STYLE: James Hamm v. The State of Texas   COUNTY: Rockwall

COA DISPOSITION: AFFIRM          TRIAL COURT: 382nd Judicial District Court

DATE: 03/06/2015          Publish: NO   TC CASE #: 02-13-340

# IN THE COURT OF CRIMINAL APPEALS

STYLE: James Hamm v. The State of Texas          CCA #: 307-15

_____ PRO SE _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____ Refused _____          JUDGE: _____

DATE: Sept. 23, 2015          SIGNED: _____          PC: _____

JUDGE: PC          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**